No. 1476, Misc.   ZARAGOZA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1490, Misc.   PARSONS v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1512, Misc.   RODRIGUEZ v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 1521, Misc.   REZA v. CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 1522, Misc.   O'CONNELL v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 1525, Misc.   HOOPER v. WINGO, WARDEN.   Ct. App. Ky.   Certiorari denied.

No. 1527, Misc.   CUMMINGS v. IOWA.   Sup. Ct. Iowa. Certiorari denied.

No. 1529, Misc.   OWENS v. SCAFATI, CORRECTIONAL SUPERINTENDENT.   C. A. 1st Cir.   Certiorari denied.

No. 1534, Misc.   COLLOM v. UNITED STATES.   Ct. Cl. Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1540, Misc.   MAHURIN v. SWENSON, WARDEN. C. A. 8th Cir.   Certiorari denied.